```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 22745
   PAULETTE S HOLLINGSWORTH
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9736

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/28/2008 and was not confirmed.

    The case was dismissed without confirmation 11/05/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
CITIBANK NA               CURRENT MORTG         .00            .00            .00
NATIONAL CITY BANK        CURRENT MORTG         .00            .00            .00
EMC MORTGAGE CORPORATION  MORTGAGE NOTI   NOT FILED            .00            .00
NATIONAL CITY BANK        SECURED NOT I    16165.00            .00            .00
CITIBANK NA               SECURED NOT I   159676.74            .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                       .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/25/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```